**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6212**

JAMES BRADFORD,

Petitioner - Appellant,

versus

SEWALL B. SMITH; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-93-
4132-L)

Submitted:  June 12, 1997               Decided:  June 17, 1997

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

James Bradford, Appellant Pro Se.  John Joseph Curran, Jr. Attorney
General, Thomas Kevin Clancy, Assistant Attorney General, Balti-
more, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997) and his motion for reconsideration of that order. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and the order denying Appellant's motion for reconsideration and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Bradford v. Smith, No. CA-93-4132-L (D. Md. Sept. 24 & Nov. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2